EMANUEL WEINGREEN, Respondent, *v.* SOLOMON MICHELBACHER and Others, Appellants.

*Corporation — representative action by stockholder.*

Appeal from an order of the Special Term, entered on the 24th day of May, 1910, denying a motion to strike out as irrelevant certain portions of the plaintiff's complaint.

MILLER, J.: This action is a representative action by a stockholder to enjoin certain wrongful acts of the defendants and to compel them to account as officers of the corporation. The Court of Appeals have decided what a complaint in such an action should allege, *i. e.*, (1) the cause of action in favor of the corporation, which should be stated in exactly the same manner and with the same detail of facts as would be proper in case the corporation had brought the action; (2) the facts which entitle the plaintiff to maintain the action in place of the corporation. (*Kavanaugh* v. *Commonwealth Trust Company*, 181 N. Y. 121.) The complaint contains forty-two paragraphs, very few of which have any relevancy whatever to a cause of action in favor of the corporation. We shall not point out what is patent. The order should be reversed, with ten dollars costs and disbursements, and the motion granted, striking out all of the averments specified in the order to show cause and in the amended notice, except paragraphs 19, 37, 39 and 50.\* Ingraham, P. J., Laughlin, Clarke and Scott, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in opinion.

---

Lorenz Reich, Appellant, v. Eva S. Cochran and Others, as Executors, and Trustees of the Trust Created by the Last Will and Testament of William F. Cochran, Deceased, Substituted in Place and Stead of the Defendant William F. Cochran, Deceased, in Actions Nos. 1 and 2 Consolidated, Respondents.— Judgment affirmed, with costs. No opinion.

Walker Winston, Respondent, v. Aktiengesellschaft, Arnold B. Heine & Company, in Arbon, Appellant.— Judgment affirmed, with costs. No opinion.

Franklin P. Duryea, Respondent, v. Ernestus Gulick Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Aimee Steinberger Guggenheim, Appellant, v. Grace B. Wahl, Respondent.— Judgment affirmed, with costs, on opinion in *Guggenheim* v. *Wahl* (138 App. Div. 269), decided May 6, 1910.

---

\* *Sic.* Probably intended for 40.— [REP.